GINSBURGH v. SOLOMON.

(Supreme Court, Appellate Term.   May, 1910.)

WITNESSES (§ 37*)—MEANS OF KNOWLEDGE—AGE.
        A witness is competent to testify as to his own age.
        [Ed. Note.—For other cases, see Witnesses, Cent. Dig. §§ 80, 81;
    Dec. Dig. § 37.*]

Appeal from Municipal Court, Borough of Manhattan, Second Dis-
trict.

Action by Samuel Ginsburgh against Max Solomon for goods sold
and delivered.   From a judgment for plaintiff, defendant appeals.   Re-
versed.

Argued before SEABURY, GUY, and BIJUR, JJ.

Mortimer W. Solomon, for appellant.
Bernard F. Nathan, for respondent.

BIJUR, J.   The defense was infancy.   Defendant's father and
brother testified that the defendant was not 20 years of age at the time
of the trial.   His brother testified to the same effect;  both giving dates
and details of defendant's birth.   Defendant was asked how old he
was.   The question was objected to, and excluded, and an exception

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

taken by defendant's counsel. This constitutes reversible error. Koester v. Rochester Candy Works, 194 N. Y. 92, 96, 87 N. E. 77, 19 L. R. A. (N. S.) 783.

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event. All concur.